IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELIPE VALENZUELA, | Civil Action No. |
| Plaintiff, | 1:15-cv-01377-LMM-JSA |
| v. | JURY TRIAL DEMANDED |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. D/B/A INCOMM, | |
| Defendant. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Felipe Valenzuela and Defendant Interactive Communications International, Inc., d/b/a InComm, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

*[Signatures on following page.]*

CONSENTED TO this 15th day of December, 2015.


s/ Amanda A. Farahany
Amanda A. Farahany
Georgia Bar No. 646135
*Counsel for Plaintiff*
BARRETT & FARAHANY, LLP
1100 Peachtree Street NE, Suite 500
Atlanta, GA 30309
Telephone:  (404) 214-0120
Facsimile:  (404) 214-0125
amanda@bf-llp.com

s/ Terri R. Stewart*
Terri R. Stewart
Georgia Bar No. 244624
John W. Stapleton
Georgia Bar No. 368790
*Counsel for Defendant*
FISHER & PHILIPS LLP
1075 Peachtree Street, NE, Suite 3500
Atlanta, GA 30309
Telephone:  (404) 231-1400
Facsimile:  (404) 240-4249
tstewart@laborlawyers.com
jstapleton@laborlawyers.com

*\* With express permission*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FELIPE VALENZUELA, | Civil Action No. |
| Plaintiff, | 1:15-cv-01377-LMM-JSA |
| v. | JURY TRIAL DEMANDED |
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. D/B/A INCOMM, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing **Joint Stipulation of Dismissal With Prejudice** with the Clerk using the Court's CM/ECF system, which will send electronic notification immediately to the following counsel of record:

Terri R. Stewart
John W. Stapleton
Fisher & Phillips LLP
1075 Peachtree Street NE, Suite 3500
Atlanta, GA 30309

Respectfully submitted the 15th day of December, 2015.

**BARRETT & FARAHANY**

s/Amanda A. Farahany
Amanda A. Farahany
Georgia Bar No. 646135